**UNITED STATES DISTRICT COURT**

Northern District of California

San Francisco Division

| | |
|---|---|
| ADOBE SYSTEMS, INC.,<br>　　　　Plaintiffs, | No. C 09-5168 SC |
| v. | **ORDER DENYING REQUEST FOR DEFENDANT KALIOPE PETROPOULOS TO ATTEND THE MEDIATION TELEPHONICALLY** |
| KALIOPE PETROPOULOS,<br>　　　　Defendant.<br>_____/ | |
| | Date:　　April 30, 2010<br>Mediator:　Stephen Sulmeyer |

IT IS HEREBY ORDERED that the request for defendant Kaliope Petropoulos to be excused from personally attending the April 30, 2010 mediation session before Stephen Sulmeyer is DENIED.

IT IS SO ORDERED.

April 7, 2010　　　　　By:　　　　　　*Elizabeth D. Laporte*

Dated　　　　　　　　　　　　　　　　Elizabeth D. Laporte
　　　　　　　　　　　　　　　　　United States Magistrate Judge