UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| ADOBE SYSTEMS, INC.,<br>    Plaintiffs, | No. C 09-5168 SC |
| v. | **ORDER DENYING REQUEST FOR PLAINTIFF'S REPRESENTATIVE TO ATTEND THE MEDIATION TELEPHONICALLY** |
| KALIOPI PETROPOULOS,<br>    Defendant. | |
| | Date:      April 30, 2010<br>Mediator:  Stephen Sulmeyer |

IT IS HEREBY ORDERED that the request for plaintiff Adobe Systems, Inc.'s representative, Scott Bain, to be excused from personally attending the April 30, 2010 mediation session before Stephen Sulmeyer is DENIED.

IT IS SO ORDERED.

April 13, 2010           By:           *Elizabeth D. Laporte*

Dated                                Elizabeth D. Laporte
                                     United States Magistrate Judge